**VIA E-MAIL AND U.S. MAIL**     May 30, 2023

Mr. Neil D. Freeman
c/o John R. Perkaus, Esq.
Perkaus & Farley LLC
1343 N. Wells Street
Suite #1r
Chicago, Illinois 60610
perkauslaw@gmail.com

Mr. James Keledjian
Urban Development Fund, LLC
401 W. Ontario Street
Suite 220
Chicago, Illinois 60654

***Re: Demand Letter/Lawsuit By UDF Against Neil D. Freeman*** 

Dear Messrs. Freeman and Keledjian:

As you know, through various entities, you have control of the Urban Development Fund, LLC ("UDF"), a limited liability company organized and existing under the laws of the State of Delaware. Together, you own and control a fifty-four percent (54%) membership interest in UDF. Under the terms of the Operating Agreement of UDF (See ¶¶ 3.5 & 3.6), you can, acting together, block a lawsuit by UDF against Neil D. Freeman for the conduct set forth below.

More specifically, QG Holding Co., LLC ("QG Holding") is owned and controlled by Michael S. Qualizza. Aries Capital, LLC ("Aries Capital") is owned and controlled by Neil D. Freeman. Associated Equities, LLC ("Associated Equities") is owned and controlled by James Keledjian. Aries Capital, QG Holding and Associated Equities own Aries Community Capital, LLC, which owns 99.99% of UDF. The other .01% of UDF is owned by Michael S. Qualizza individually.

The purpose of this correspondence is to make a demand that you, Neil D. Freeman and James Keledjian, bring a lawsuit against Neil D. Freeman, the current Chief Executive Officer, President and manager of UDF, for, among other things, his countless breaches of fiduciary duties since taking over as the manager of UDF effective July 14, 2022.

Since taking over as Chief Executive Officer, President and manager of UDF, Neil D. Freeman has abdicated his role and breached his fiduciary duties as an officer and manager of UDF, including but not limited to, the following:

   a. The failure to make any and all local, state and federal regulatory filings that are required by law for UDF;

1

 b. Causing UDF to go into default in numerous deals that have exposed UDF to a significant risk of sustaining compensatory damages, attorneys' fees, penalties and interest;

 c. The failure to provide information requested of UDF from clients and customers of UDF;

 d. The failure to capitalize upon numerous business opportunities available to UDF to generate income for UDF;

 e. Using and converting funds and other assets belonging to UDF for the personal benefit of Neil D. Freeman;

 f. Making frivolous claims to the ownership of funds totaling $2,800,000 on deposit in a bank account maintained at U.S. Bank owned by UDF ST NMTC Partners, LLC to which UDF has no ownership interest; and

 g. Falsely accusing Michael S. Qualizza in writing on February 20 and 21 2023, and likely on numerous other occasions, of being a criminal and engaging in improper and unethical behavior that is detrimental to the business and reputation of UDF and Michael S. Qualizza.

The above-listed breaches of fiduciary duties and torts of Neil D. Freeman are actionable by UDF under the laws of the State of Illinois and elsewhere.

Let me know by June 6, 2023, whether UDF will bring legal action against Neil D. Freeman for the above-referenced breaches of fiduciary duties and other torts. If UDF declines to file suit against Neil D. Freeman, please be advised that Michael S. Qualizza, as a member of UDF, will bring a derivative action on behalf of UDF against Neil D. Freeman for, among other things, the breaches of fiduciary duties and other torts identified herein.

Very truly yours,

/s/ *Michael Qualizza*
Michael Qualizza

2