

**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

COMMUNITY DEVELOPMENT
FINANCIAL INSTITUTIONS FUND

**VIA ELECTRONIC MAIL**

July 24, 2023

Neil Freeman
Urban Development Fund, LLC
401 W. Ontario St., Suite 220
Chicago, IL 60654-5700

Subject: Notification of Default for Allocation 14NMA000699

Dear Allocatee,

In accordance with the agreement entered into between the Community Development Financial Institutions Fund (the "CDFI Fund") and Urban Development Fund, LLC (the "Allocatee") dated August 20, 2015 ("Allocation Agreement"), the CDFI Fund hereby notifies the Allocatee that it is deemed to be in Default under Section 8.1(c) of the Allocation Agreement.

The CDFI Fund's records indicate that the Allocatee failed to remain in compliance with the "Identified States" requirement of Section 3.2(l)(ii) of the Allocation Agreement. The requirement states at such time that the Allocatee has closed 100 percent of its QLICIs or by September 30, 2018, whichever date is earlier, and until the Allocatee redeems its first Qualified Equity Investment related to its NMTC Allocation, the Allocatee shall invest the minimum percentage (85%) of its QLICIs in one or more identified States or U.S. Island Areas. Based on the Allocatee's reporting, the actual deployment of QLICIs in the requisite "Identified States" is 79% - below the required benchmark of 85%.

The CDFI Fund has reviewed the documentation submitted by the Allocatee on May 26, 2023, in response to the CDFI Fund's notice of potential default dated May 1, 2023 and has determined that the explanation provided no new information or documentation demonstrating that the factual basis of the violation is incorrect. The Allocation Agreement is explicitly clear that at a minimum, the requirement that 85% of QLICIs be invested in Innovative Activities begins the earlier of when the Allocatee has closed 100% of its QLICIs or by September 30, 2018 <u>and</u> ends when the Allocatee redeems its first QEI related to the Allocation.

On September 30, 2018, the Allocatee was in compliance with requirements of Section 3.2(l)(ii) of the Allocation Agreement. However, the Allocation Agreement also requires that the Allocatee maintain the required benchmark until it redeems the first Qualified Equity Investment associated with the Allocation. After the Allocatee's funding of the "Friend Health" project in November of 2020, the percent of QLICIs in "Identified States" fell to 79% - below the required benchmark of 85%. As of the date of this letter, the Allocatee has not redeemed it first QEI. As such, the Allocatee is deemed to be in default under Section 8.1(c) of the Allocation Agreement as it failed to maintain the required benchmark for Section 3.2(l)(ii).

If you have questions regarding this notice of default, please contact Trefor Henry at henryt@cdfi.treas.gov or Dawan Qadir at qadird@cdfi.treas.gov. Please be aware that a default finding could impact the Allocatee's ability to apply in future NMTC Allocation Round. Please review the relevant Notice of Allocation Availability for details.

Regards,

*Heather Hunt*

Heather Hunt
Program Manager
Office of Compliance Monitoring and Evaluation


cc: Christopher Allison, NMTC Program Manager