

**COMMUNITY DEVELOPMENT
FINANCIAL INSTITUTIONS FUND**

# DEPARTMENT OF THE TREASURY
### WASHINGTON, D.C. 20220

**By Email**

July 24, 2023

Neil Freeman
Urban Development Fund, LLC
401 W. Ontario St., Suite 220
Chicago, IL 60654-5700

Subject: Notification of Potential Default for Allocation 18NMA000699

Dear Allocatee,

In accordance with the Allocation Agreement entered into between the Community Development Financial Institutions Fund (the "CDFI Fund") and Urban Development Fund, LLC (the "Allocatee") dated August 2, 2019 (Allocation 18NMA000699), the CDFI Fund hereby notifies the Allocatee that it may be in violation of Section 3.2(l)(ii) and Section 3.2(j) of the Allocation Agreement.

Based on our records, the Allocatee has not complied with the "Identified States" requirement of Section 3.2(l)(ii). The requirement is that at such time that the Allocatee has closed 100 percent of its QLICIs or by December 31, 2022, whichever date is earlier, and until the Allocatee redeems its first Qualified Equity Investment related to its NMTC Allocation, the Allocatee shall invest the minimum percentage (70%) of its QLICIs in one or more identified States or U.S. Island Areas that have received fewer dollars of QLICIs in proportion to its statewide population that resides in Low-Income Communities: Alabama, Florida, Georgia, Indiana, Kansas, Nevada, Tennessee, Texas, West Virginia, Wyoming, Puerto Rico, American Samoa, Guam, Northern Mariana Islands and US Virgin Islands.

In addition, the Allocatee has not complied with the "QEI Usage" requirement of Section 3.2(j). The requirement is that at such time that the Allocatee has issued 100 percent of its Qualified Equity Investments or by December 31, 2022, whichever date is earlier, and until the Allocatee redeems its first Qualified Equity Investment related to its NMTC Allocation, the Allocatee shall use at least the designated percent (100%) of the total dollar amount of its Qualified Equity Investments to make QLICIs.

The following is a summary of the data reported in the Transaction Level Report for Allocation 18NMA000699 for the period ending 12/31/2022.

| QEI\RQI | QEI Amount | Client ID | Disbursement Date | Source Amount | State | Identified State |
|---|---|---|---|---|---|---|
| QEI00014234 | $7,500,000.00 | MOWSA | 9/29/2021 | $5,827,500.00 | TX | Yes |
| QEI00014234 | | MOWSA | 9/29/2021 | $1,672,500.00 | TX | Yes |
| QEI00013765 | $4,984,713.55 | MFS | 9/30/2021 | $2,457,463.78 | IL | No |
| QEI00013765 | | MFS | 9/30/2021 | $2,212,848.93 | IL | No |
| QEI00013765 | | MFS | 9/30/2021 | $314,400.84 | IL | No |

| QEI00014228 | $2,515,286.45 | MFS | 9/30/2021 | $1,598,099.16 | IL | No |
|---|---|---|---|---|---|---|
| QEI00014228 | | MFS | 9/30/2021 | $917,187.29 | IL | No |
| QEI00013780 | $9,500,000.00 | Dallas Life | 11/13/2020 | $6,647,150.00 | TX | Yes |
| QEI00013780 | | Dallas Life | 11/13/2020 | $2,377,850.00 | TX | Yes |
| QEI00013223 | $3,289,473.68 | Berea College | 11/6/2020 | $2,245,376.00 | KY | No |
| QEI00013223 | | Berea College | 11/6/2020 | $348,685.00 | KY | No |
| QEI00013223 | | Berea College | 11/6/2020 | $695,053.00 | KY | No |
| QEI00013986 | $7,500,000.00 | Pursuit Foundation | 12/29/2020 | $5,277,000.00 | TX | Yes |
| QEI00013986 | | Pursuit Foundation | 12/29/2020 | $1,848,000.00 | TX | Yes |
| QEI00013254 | $5,778,729.12 | Friend Health | 11/20/2020 | $3,874,148.00 | IL | No |
| QEI00013254 | | Friend Health | 11/20/2020 | $1,887,117.12 | IL | No |
| QEI00013730 | $7,500,000.00 | Mobile Loaves | 11/10/2020 | $5,335,500.00 | TX | Yes |
| QEI00013730 | | Mobile Loaves | 11/10/2020 | $1,789,500.00 | TX | Yes |

| | | |
|---|---|---|
| **Total QLICIs** | | $47,325,379.12 |
| **QLICIs in identified States** | | $30,775,000.00 |
| **Actual percentage in identified States** | | 65% |
| **Required benchmark** | | 70% |
| | | |
| **Total QEIs issued** | | $48,568,202.80 |
| **Actual percentage (QLICIs/QEIs)** | | 97% |
| **Required benchmark** | | 100% |

Per Section 8.6, of the Allocation Agreement, the CDFI Fund hereby affords until October 24, 2023 to address this violation, either by providing new information and documentation demonstrating that the factual basis of the violation is incorrect; or by otherwise curing the violation. If the Allocatee does not address the violation by the deadline, the CDFI Fund will declare an Event of Default. An Event of Default could hinder the Allocatee's (and any Affiliate's) ability to participate in future funding rounds and include the revocation of approval of any application submitted and the declaration as ineligible any pending application by the Allocatee or any Affiliates.

If you have questions regarding this notice, please contact Trefor Henry at henryt@cdfi.treas.gov or Dawan Qadir at qadird@cdfi.treas.gov.

Regards,

Heather Hunt
Program Manager
Office of Compliance Monitoring and Evaluation

cc:     Christopher Allison, Program Manager